# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2018

## NO. 03-18-00027-CR

**Shain Michael Pugh, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment adjudicating guilt. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.